No. 6131.

J. M. WOODALL v. THE STATE.

PRACTICE—SERVICE OF INDICTMENT—POSTPONEMENT.—It is provided by
the statutes of this State that, in felony cases, when the accused is in
custody, he is entitled to service of a copy of the indictment against
him as soon as the same is presented by the grand jury, and that in all
cases wherein the accused is entitled to service of a copy of the indict-
ment, he is likewise entitled to two days after service in which to file
written pleadings.   The action of the trial court in this case, in forcing
the defendant to trial *instanter* upon service of a copy of the indictment
was error.

APPEAL from the District Court of Knox.   Tried below before
the Hon. J. V. Cockrell.

This conviction was for horse theft, and the penalty assessed
was a term of five years in the penitentiary.

The disposition made of this appeal dispenses with a state-
ment of the case.

No brief for the appellant has reached the Reporters.

*W. L. Davidson*, Assistant Attorney General, for the State.

WHITE, PRESIDING JUDGE.   On this appeal the Assistant At-
torney General, on the part of the State, confesses error.   Ap-
pellant was indicted for horse theft.   When the case was called
for trial the State announced ready and the defendant announced
not ready, because he had been in custody since his arrest and
had never been served with a copy of the indictment preferred
against him.   He demanded a copy of the indictment and a
postponement of the trial for two days after service thereof.   A
postponement was refused by the court, who ordered a copy of
the indictment to be prepared and served *instanter*, which was
done, and then, over objections of defendant, the court ordered
him to announce and proceeded with the trial.

It is provided by statute that in every case of felony when the
accused is in custody, as soon as the indictment against him is
presented, a certified copy of the same shall be made out and

served upon him (Code Crim. Proc., arts. 504, 505), and it is further expressly provided that "in cases where the defendant is entitled to be served with a copy of the indictment he shall be allowed two days time to file written pleadings after such service. (Code Crim. Proc., art. 532.)

Because the court erred in refusing to postpone the trial for two days, after service of the indictment, at the request of defendant, the judgment is reversed and the cause remanded.

*Reversed and remanded.*